UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ELI AIZENMAN, | : | |
| Plaintiff, | : | |
| v. | : | No. 1:12-cv-04489-SJ-JMA |
| COLLECTO, INC. D/B/A EOS CCA, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

The Plaintiff and the Defendant, by and through the undersigned, hereby stipulate that the above-entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorneys fees to any party. The court shall retain jurisdiction over the settlement.

Date: June 5, 2013

THE PLAINTIFF
ELI AIZEMAN

By: /s/

Adam J. Fishbein, Esq.
Adam J. Fishbein, P.C.
483 Chestnut St.
Cedarhurst, NY 11516
Tel: 516-791-4400
Fax: 516-791-4411
E-mail: fishbeinadamj@gmail.com

THE DEFENDANT
COLLECTO, INC.

By: /s/

Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com