**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

June 6, 2013

**VIA ECF**
The Honorable Sterling Johnson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:    Aizenman v. Collectco**
        **12 CV 4489 (SJ) (JMA)**

Dear Judge Johnson:

I represent the plaintiff in the above matter.  Your Honor has scheduled a conference for June 7, 2013.  Magistrate Judge Azrack previously ordered the parties to file a stipulation of discontinuance by July 1, 2013 which we did yesterday.  Therefore, we request that tomorrow's conference be adjourned.  Your Honor has previously denied defendant's application but that was prior to the filing of the stipulation of discontinuance.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Jonathan D. Elliot, Esq.