UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------
ANTHONY FAHME

                                                                           12 CV 4517 (SJ)

                           Plaintiff,

       -against-

CAINE & WEINER COMPANY, LLC

                          Defendant.

-------------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients (defendant not having appeared), that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.


*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.